IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

BRIAN THOMAS WOODS,          )
                             )
            Plaintiff,       )          No. C06-3038-MWB
                             )
        vs.                  )
                             )          JUDGMENT
JERRY BURT, UNKNOWN SECURITY )          IN A CIVIL CASE
DIRECTOR, UNKNOWN HEALTH     )
SERVICES DIRECTION, UNKOWN   )
DOCTOR, and UNKNOWN NURSES,  )
                             )
            Defendants.      )

This action came before the Court. The issues have been decided and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED

            Plaintiff, Brian Thomas Woods, take nothing and this complaint is dismissed without prejudice.


        Dated: July 3, 2007              PRIDGEN J. WATKINS
                                         Clerk

                                         /s/ des
                                         (By) Deputy Clerk


A copy of this document has been
mailed/faxed to all counsel of record, pro
se parties and others listed and not shown
as having been served electronically
under the cm/ecf system:

by: /s/ des  7/03/07